Same memorandum as in *Ginther v Ginther* (30 AD3d 1031 [2006]). Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.

■ GEORGE EAGAN GINTHER, Appellant, v MARY O'GRADY GINTHER, Defendant, and VINCENT J. SORRENTINO, ESQ., et al., Respondents. (Appeal No. 3.) [815 NYS2d 880]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered July 28, 2005. The order granted plaintiff's motion for an order protecting certain documents from disclosure.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Ginther v Ginther* (30 AD3d 1031 [2006]). Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.

■ KENNETH T. WILLIAMS, Appellant-Respondent, v JAN S. KUBLICK et al., Respondents-Appellants, et al., Defendant. [815 NYS2d 880]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered April 12, 2005. The order denied the motion of defendants Jan S. Kublick and Davoli, McMahon and Kublick, P.C. for summary judgment dismissing the complaint against them and denied plaintiff's cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.